*Margolin & Pierce, LLP*
*Attorneys at Law*
*110 West 40th Street, Suite 303*
*New York, NY 10018*

*Philip Pierce*
*Errol F. Margolin*

*Tara R. Dennis*
*Associate*
*Ph: 212-247-4844*
*Fax: 212-247-1166*

March 16, 2020

US Magistrate Judge Bulsara
Eastern District of New York
New York County
Hearing Room 324N
225 Cadman Plaza East,
Brooklyn, NY

    Re:    *Timothy Abbey et al v. Runway Towing Corp., et al*
               Docket No: 1:19-cv-07116 (FB)(SJB)

Dear Magistrate Judge Bulsara:

    I write to request that in light of the current Covid-19 pandemic and national emergency, the initial conference in this matter scheduled for March 20, 2020 at 11:30 AM be conducted telephonically or adjourned at the courts request. Mr. Rosen has consented to a telephone conference. Plaintiff served us their initial disclosures and notice of depositions and pursuant to Federal Civil Procedure 26(a)(1)(A) defendants have served our initial disclosures as well. Our office is closed but we are working remotely.

    Thank you

                                                  Respectfully submitted

                                                 /s/ *Errol F. Margolin*

                                                 Errol F. Margolin