UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
TIMOTHY ABBEY and WOLVERINE XPRESS
LLC, Individually and on behalf of all other
similarly situated including consumers, business
owners, motorists, owners of vehicles, insurance                         Docket No:19-cv-7116
companies, automobile fiancé companies,
automobile leasing companies,

                                Plaintiffs,                   **STIPULATION**
-against-                                                  **OF DISMISSAL**

RUNWAY TOWING CORP.
CYNTHIA PRITSINEVELOS
CHRIS PRITSINEVELOS
JOHN DOE # 1 and JOHN DOE # 2,

                               Defendants.
-----------------------------------------------------------------------X

**IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned, that whereas no party hereto is an infant or incompetent person for whom a committee has been appointed and no person not a party has an interest in the subject matter of the action, the above-entitled action, including all claims, cross-claims, and third-party claims, against these defendants, be, and the same hereby is, discontinued as against these defendants, with prejudice, as against all parties and without costs to any party.

This Stipulation may be executed in counterparts, and facsimile signatures may be treated as originals. This Stipulation may be filed without further notice with the Clerk of the Court.

Dated: Garden City, New York
         March 27, 2023

| | |
|---|---|
| **ROSEN LAW LLC** | **GOLDBERG SEGALLA, LLP** |
| By: /s/ [signature] | By: [signature] |
| | Theodore W. Ucinski, Esq. |
| | *Attorneys for Defendants* |
| Gary Rosen, Esq., Esq. | 200 Garden City Plaza, Suite 520 |
| *Attorneys for Plaintiff* | Garden City, New York 11530 |
| 216 Lakeville Road | (516) 281-9800 |
| Great Neck, New York 11020 | tucinski@goldbergsegalla.com |
| 516-437-3400 | |

MARGOLIN & PIERCE, LLP

By: *Errol F. Margolin*
Erroll F. Margolin, Esq.
110 W 40th Street, Suite 303
New York, New York 10018
(212) 247-4844